UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALLEE RODRIGUEZ-ESQUEDA,<br>　　*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 1:23-CV-01219-DII |
| MHR AUSTIN SONIC<br>RESTAURANTS, LLC and MASON<br>HARRISON RATLIFF<br>ENTERPRISES, LLC,<br>　　*Defendants* | §<br>§<br>§<br>§<br>§ | |

**O R D E R**

Defendants filed a Motion to Dismiss on December 11, 2023. Dkt. 1. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **March 11, 2024**.

**SIGNED** on February 26, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE